**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>              *Plaintiff,*<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS<br>ADMINISTRATION,<br>700 Pennsylvania Avenue NW<br>Washington, DC 20408<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br>725 17th Street NW<br>Washington, DC 20503<br><br>U.S. OFFICE OF PERSONNEL<br>MANAGEMENT,<br>1900 E Street NW<br>OPIM/FOIA Room 5H35<br>Washington, DC 20415<br><br>U.S. DEPARTMENT OF COMMERCE,<br>1401 Constitution Avenue NW<br>Washington, DC 20230<br><br>and<br><br>U.S. CENSUS BUREAU<br>4600 Silver Hill Road<br>Washington, DC. 20233<br><br>              *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-3406 |

**COMPLAINT**

1.       Plaintiff American Oversight brings this action against five federal agencies under

the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28

U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with

the requirements of FOIA.

**JURISDICTION AND VENUE**

2.       This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B)

and 28 U.S.C. §§ 1331, 2201, and 2202.

3.       Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C.

§ 1391(e).

4.       Because Defendants have failed to comply with the applicable time-limit

provisions of FOIA, American Oversight is deemed to have exhausted its administrative

remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining

Defendants from continuing to withhold agency records and ordering the production of agency

records improperly withheld.

**PARTIES**

5.       Plaintiff American Oversight is a nonpartisan, non-profit section 501(c)(3)

organization primarily engaged in disseminating information to the public. American Oversight

is committed to the promotion of transparency in government, the education of the public about

government activities, and ensuring the accountability of government officials. Through research

and requests for public records under FOIA, American Oversight uses the information it gathers,

and its analysis of it, to educate the public about the activities and operations of the federal

government through reports, published analyses, press releases, and other media. The

organization is incorporated under the laws of the District of Columbia.

6.      Defendant National Archives and Records Administration (NARA) is an agency

of the federal government within the meaning of 5 U.S.C. § 552(f)(1), headquartered in

Washington, DC. NARA has possession, custody, and control of records that American

Oversight seeks.

7.      Defendant U.S. Office of Management and Budget (OMB) is an agency of the

federal government within the meaning of 5 U.S.C. § 552(f)(1), headquartered in Washington,

DC. OMB has possession, custody, and control of records that American Oversight seeks.

8.      Defendant U.S. Office of Personnel Management (OPM) is an agency of the

federal government within the meaning of 5 U.S.C. § 552(f)(1), headquartered in Washington,

DC. OPM has possession, custody, and control of records that American Oversight seeks.

9.      Defendant U.S. Office of Commerce (Commerce) is a department of the

executive branch of the U.S. government headquartered in Washington, DC, and an agency of

the federal government within the meaning of 5 U.S.C. § 552(f)(1). Commerce has possession,

custody, and control of records that American Oversight seeks.

10.     Defendant U.S. Census Bureau (USCB) is a component of Commerce, which is a

department of the executive branch of the U.S. government, and an agency of the federal

government within the meaning of 5 U.S.C. § 552(f)(1). USCB is headquartered in Maryland.

USCB has possession, custody, and control of records that American Oversight seeks.

### STATEMENT OF FACTS

11.     On July 30, 2024, American Oversight submitted FOIA requests to multiple

government agencies seeking the following:

All records reflecting any officials(s) [sic] with the authority to (a) initiate or (b) implement a Reduction in Force (RIF) or your agency's equivalent within your agency, including, but not limited to, Personnel Delegation documents or memoranda concerning policies and procedures for RIFs.

Please provide all responsive records that were or are in effect at any time from October 1, 2020 through the date a search is conducted, regardless of when they were created or implemented.

*NARA RIFs FOIA*

12.     On July 30, 2024, American Oversight submitted a FOIA request (internal tracking number NARA-24-1625) to NARA seeking the records described above in paragraph 11.

13.     That same day, NARA acknowledged receipt of the request.

14.     On August 2, 2024, NARA assigned the request tracking number NGC24-464.

15.     American Oversight has received no further communication from NARA regarding its FOIA request.

*OMB RIFs FOIA*

16.     On July 30, 2024, American Oversight submitted a FOIA request (internal tracking number OMB-24-1621) to OMB seeking the records described above in paragraph 11.

17.     That same day, OMB acknowledged receipt of the request and assigned the request tracking Number 2024-933.

18.     American Oversight has received no further communication from OMB regarding its FOIA request.

*OPM RIFs FOIA*

19.     On July 30, 2024, American Oversight submitted a FOIA request (internal tracking number OPM-24-1620) to OPM seeking the records described above in paragraph 11.

4

20.     On November 20, 2024, American Oversight requested by email that OPM acknowledge receipt of the request.

21.     On December 4, 2024, OPM responded to American Oversight's request for acknowledgment, saying "It appears this request was not entered into the system, it will be entered today and acknowledgment email with the case number sent to you."

22.     American Oversight has received no communication from OPM regarding its FOIA request.

*USCB RIFs FOIA*

23.     On July 30, 2024, American Oversight submitted a FOIA request (internal tracking number USCB-24-1619) to USCB seeking the records described above in paragraph 11.

24.     On August 2, 2024, USCB acknowledged receipt of the request and assigned the request tracking number DOC-CEN-2024-000499.

25.     American Oversight has received no further communication from USCB regarding its FOIA request.

*Exhaustion of Administrative Remedies*

26.     As of the date of this Complaint, the Defendants have failed to either (a) notify American Oversight of any determination regarding its FOIA requests, including the scope of any responsive records the agency intends to produce or withhold and the reasons for any withholdings; or (b) produce the requested records or demonstrate that the requested records are lawfully exempt from production.

27.     Through Defendants' failure to respond to American Oversight's FOIA requests within the time period required by law, American Oversight has exhausted its administrative remedies and now seeks immediate judicial review.

## COUNT I
### Violation of FOIA, 5 U.S.C. § 552
### Failure to Conduct Adequate Searches for Responsive Records

28.     American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

29.     American Oversight properly requested records within the possession, custody, and control of Defendants.

30.     Defendants are agencies subject to and within the meaning of FOIA, and they must therefore make reasonable efforts to search for requested records.

31.     Defendants have failed to promptly and adequately search for records responsive to American Oversight's FOIA requests.

32.     Defendants' failures to conduct adequate searches for responsive records violate FOIA.

33.     Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring Defendants to promptly make reasonable efforts to search for records responsive to American Oversight's FOIA requests.

## COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

34.     American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

35.     American Oversight properly requested records within the possession, custody, and control of Defendants.

36.     Defendants are wrongfully withholding non-exempt agency records requested by American Oversight by failing to produce non-exempt records responsive to its FOIA requests.

6

37.     Defendants are wrongfully withholding non-exempt agency records requested by American Oversight by failing to segregate exempt information in otherwise non-exempt records responsive to American Oversight's FOIA requests.

38.     Defendants' failure to provide all non-exempt responsive records violates FOIA.

39.     Plaintiff American Oversight is therefore entitled to declaratory and injunctive relief requiring Defendants to promptly produce all non-exempt records responsive to its FOIA requests and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendants to conduct a search or searches reasonably calculated to uncover all records responsive to American Oversight's FOIA requests;

(2) Order Defendants to produce, within 20 days of the Court's order, or by such other date as the Court deems appropriate, any and all non-exempt records responsive to American Oversight's FOIA requests with indexes justifying the withholding of any responsive records withheld under claim of exemption;

(3) Enjoin Defendants from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA requests;

(4) Award American Oversight the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.

Dated:  December 6, 2024                    Respectfully submitted,

*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574
David Kronig
D.C. Bar No. 1030649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org
*Counsel for Plaintiff*

8